UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| YAHYA (JOHN) LINDH, on his own behalf and on behalf of those similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:14-CV-151 JMS-WGH |
| DIRECTOR, FEDERAL BUREAU OF PRISONS, | ) ) ) ) | |
| Defendant. | ) | |

**Stipulation**

The parties, by their counsel, stipulate as follows:

1. In Interrogatories propounded by plaintiff upon defendant, the following information was sought.

   Since January 1, 2012, please specify how many male Muslim prisoners within the BOP have been disciplined for wearing their pants above the ankle?

2. The defendant objected to responding to this Interrogatory arguing that it was vague, ambiguous and overly overbroad, and imposed an undue burden on the Defendant while not likely to lead to admissible evidence. In conversations between counsel concerning the Interrogatory, defendant's counsel noted, among other things:

   - That inmate disciplinary records of the Federal Correctional Complex at Terre Haute, and the Bureau of Prisons generally, are maintained on an inmate-by-inmate basis and are not computerized in a searchable database. The records are not organized in a searchable system of records that would allow a response to the specific inquiry.

   - There is no specific category of discipline of an inmate for wearing pants above the ankle for any reason but specifically because of their sincerely held religious beliefs or their Islamic faith and a search as requested would require all discipline records of all inmates in all of the institutions maintained by the Bureau of Prisons be physically searched for

the relevant terms. Such a request would be unduly burdensome and an unreasonable cost to the Defendant.

For the plaintiff:

s/ Kenneth J. Falk
Kenneth J. Falk
No. 6777-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059 ext. 104
fax: 317/635-4105
kfalk@aclu-in.org


For the defendant:

s/ Thomas E. Kieper (w/permission)
Thomas E. Kieper
Jonathan A. Bont
Assistant United States Attorney
Office of the United States Attorney
10 West Market St., Suite 2100
Indianapolis, IN 46204
317/226-6333
fax: 317/226-5027
tom.kieper@usdoj.gov
jonathan.bont@usdoj.gov